## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

|  |  |  |
|---|---|---|
| BMO HARRIS BANK N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-041-JLH |
| | ) | |
| DANNY BRANSCUM | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFAULT JUDGMENT

Upon the Clerk of Court's entry of default against Defendant Danny Branscum

for its failure to plead or otherwise defend in this action; and Plaintiff BMO Harris Bank

N.A.'s motion for default judgment; judgment is entered as follows:

1. Judgment is entered in favor of Plaintiff BMO Harris Bank N.A and

against Defendant Danny Branscum in the amount of $159,098.39, with costs and

interests;

2. Judgment is entered granting Plaintiff BMO Harris Bank N.A possession

of the following equipment in Defendant Danny Branscum's possession, custody and/or

control:

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2007 | Utility | 53'Trailer | 53'Trailer | 1UYVS25337M072328 |
| 2008 | Peterbilt | 386 | Tractor | 1XPHD49X68D758183 |
| 2007 | Utility | Trailer | 53' | 1UYVS25337U308606 |
| 2008 | Peterbilt | 369 | Tractor | 1XPXDB9X78D746978 |
| 2010 | Kenworth | T660 | Tractor | 3WKAD49X8AF259985 |
| 2007 | Kenworth | T600-Series | 120" BBC Conv Cab SBA Truck 6X4 | 1XKADB8X27J093585 |

| 2010 | Utility | Refrigerated Vans | Refrigerated Vans: 53' | 1UYVS2535AM854606 |
| 2009 | Kenworth | W900-Series | 130" BBC Conv Cab Truck 6X4 | 1XKWD49X59J23924 |

**SO ORDERED, ADJUDGED AND DECREED,** this 21st day of _August_ ,

2017.

_J. Leon Holmes_

Hon. J. Leon Holmes
United States District Judge